# United States Bankruptcy Court
## Northern District of California

In re   GC Holdings, Inc.                                                        Case No.   10-70550

                                                                    Debtor(s)           Chapter     11

## CREDITOR MATRIX COVER SHEET-Amended

I declare that the attached Creditor Mailing Matrix, consisting of __17__ sheets, in addition to the 4-page Creditor Mailing Matrix filed in this case on September 15, 2010 contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:   September 29, 2010                  /s/ William C. Lewis
                                                                    Signature of Attorney
                                                                    **William C. Lewis**
                                                                    **Law Offices of William C. Lewis**
                                                                    **510 Waverley Street**
                                                                    **Palo Alto, CA 94301**
                                                                    **650-322-3300   Fax: 650-327-9720**

Air Liquide America Corp.
Attn: Gwendolyn Yound
2700 Post Oak
Houston, TX 77056


Alan Lyons
804 Dickenson Drive
Veestal, NY 13850


Alka Majethia
417 Longhorn Crescent
Rockville, MD 20850


All Risks of California Insurance
Services LLC (Lloyds)
101 California Street
Suite 3185
San Francisco, CA 94111


Amerindo Master Venture Fund
Munder Capital Mgmt
480 Pierce St.
Birmingham, MI 48009-6059


Amerindo Tech Growth Fund
Munder Capital Mgmt
480 Pierce St.
Birmingham, MI 48009-6059


Angela Stokes
PALLIER-LEMAITRE-VIGNERON-BARDOUL ET AL
Cabinet d'Avocats, 26 Ter
BD GUIST'HAU - BP 22026 - 44020
NANTES, CEDEX 1   FRANCE


Anthem,/CIC Ventures Fund, L.P
225 Arizona, 2nd Floor
Santa Monica, CA 92041

Anthony Kowalczyk
6 Walton Street
San Carlos, CA 94070


Avanex Corporation
Attn: Mark Weinswig
40919 Encyclopedia Circle
Fremont, CA 94538


Avansis Ventures, LLC
Laura Lukaczyk
12010 Sunset Hills Road, Suite 900
Reston, VA 20190


Bank of America
[Address Unknown]


Bencas Capital
World Trade Center Amsterdam
Zuidplein 76
1077 XV, Amsterdam Netherlands


Boulder Ventures III, LP
Andy Jones
4750 Owings Mills Boulevard
Owings Mills, MD 21117


Boulder Ventures IV (Annex), LP
Andy Jones
4750 Owings Mills Boulevard
Owings Mills, MD 21117


Boulder Ventures IV, LP
Andy Jones
4750 Owings Mills Boulevard
Owings Mills, MD 21117

Bradley Thomas
1410 Second Street
#302
Santa Monica, CA 90401


Bruce and Martha Rhine 2000 Living Trust
55957 Hushknife Road
Bend, OR 97707


Bruno Deboux
1363 quai Marcel Dassault
92210 Saint Cloud
FRANCE


BT Investment Partners
Kristine Cicardo
130 Liberty Street
New York, NY 10006


Carroll Sherman
[Address Unknown]


Castlewood Expansion Partners, L.P.
Kristine Cicardo
130 Liberty Street
New York, NY 10006


CDIB & Partners Investment Holding Corp.
6F, #125, Nanking East Road
Section 5
Taipei, 105 Taiwan ROC


Chang Chien Chun
Fl.20-3, No. 187, Shing-Jinn Road
Taichung Taiwan ROC

China Development Industrial Bank Inc.
5F, #125, Nanking East Road
Section 5
Taipei, 105 Taiwan ROC


Christopher W. Lemieux
Post Office Box 866
Olney, MD 20830


Chung-Tsun Kuo
143, Ching-Hsiou East Rd.
Yuan-Lin Taiwan ROC


City of Palo Alto
Attn: Leon Timmons
250 Hamilton Ave.
Palo Alto, CA 94301


Colleen Kiviniski
10430 Oaklyn Drive
Potomac, MD 20854


CommVest LLC
Attn: Kimberly Coleman
432 Cherry Street
West Newton, MA 02465


David Dollinger Living Trust
555 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065


David Klein
1975 Alma Street
Palo Alto, CA 94301

David Maring
7304 Twilight Mesa Drive
Austin, TX 78737


Deltronics Crystal Ind.
60 Harding Ave.
Dover, NJ 07801


Der-lin Ma
5F, 40, Tun Hwa S. Rd.
Section 2
Taipei Taiwan ROC


Digital Value Investment Ltd.
6F #2 Sec. 1, Dunhua S. Rd.
Taipei, 105 Taiwan ROC


Dow Corning Enterprises, Inc
Attn: Jim Seitz
2200 West Salzburg Roard
Suburn, MI 48611


Draper Atlantic
Mel K. Davidson
11600 Sunrise Valley Drive, Suite 420
Reston, VA 20191


Electric Norcal/Bookham
Binzstraqsse 17
Zurich, CH-8045 Switzerland


Embarcadero Bayshore Investors, LLC
c/o Matteson Companies
1 Lagoon Drive, Suite 200
Redwood City, CA 94065

Ernesto C. Aquino and
Carmelita Q. Aquino
6560 Elk Creek Lane
Las Vega, CA 89156


eSunsino Venture Co., Ltd.
6F-2 , No.248, Nanking East Rd
Sec. 3
Taipei, 10595 Taiwan ROC


FEI Company
5350 NE Dawson Creek Dr.
Hillsboro, OR 97124


Fenwick & West LLP
Attn: Rich Ranson
Silicon Valley Center, 801 California St
Mountain View, CA 94041


Frank Bonsal
1119 St. Paul Street
Baltimore, MD 21202


Fred Kiger
1000 Urlin Avenue #1805
Columbus, OH 43212


Ganesh Gopalakrishnan
5320 Goldsboro Road
Bethesda, MD 20817


GATX Ventures
Attn: Mary Keating
4 Embarcadero Center
San Francisco, CA 94111

Gelest Inc.
11 East Steel Road
Morrisville, PA 19067


Gemfire Corporation
1220 Page Ave
Fremont, CA 94538


Gemfire Europe Ltd
Starlaw Park, Starlaw Rd
Livingston, W. Lothian, UK


Grosvenor Select LP
Oak Strawbridge
1808 I Street , Suite 900
Washington, DC 20006


Grosvenor Ventures Partners III LP
Oak Strawbridge
1808 I Street , Suite 900
Washington, DC 20006


Guardsmark, LLC
Attn: Dale Hastings
P.O. Box 45
Memphis, TN 38101


Gustav Koven
240 Main Street
Gladstone, NJ 07934


Haley Engineering
Attn: Joe Michael Haley
1675 Vine Hill Road
Santa Cruz, CA 95065-9703

Haynes Beffel & Wolfeld, LLP
Attn: Waren Wolfield
P.O. Box 366
Half Moon Bay, CA 94109


Heller Financial Leasing, Inc
500 West Monroe
Chicago, IL 60661


Henk Bulthuis
Distelvlinderlaan 35
7323RK Appeldoorn
The Netherlands


HRLD Corporation
Tina Gascoigne
7160 Riverwood Drive, Suite 150
Columbia, MD 21046


Hua-Chih Venture Capital Corporation
17th-1 Floor, 105 Tun Hwa S.
Section 2
Taipei Taiwan ROC


iN3 Partners
3925 Sussex Drive
Nashville, TN 37207


Innovative Technology Inc.
2 New Pasture Road
Newburyport, MA 01950


Intelligence Photonics
Attn: Mark Adam
200-350 Palladium Drive
Kanata, ONT K2V 1A8

Isis Capital Partners LLC
Jeffrey Neuchterlein
201 North Union Street, Suite 300
Alexandria, VA 22314


James Jungjohann
Regency Plaza One, Suite 1230
4643 South Ulster Street
Denver, CO 80237


Jim Moorhead
6406 Western Avenue
Chevy Chase, MD 20815


John Abrahams
8610 Bali Road
Ellicott City, MD 21043


Ka-Kha Wong
824 B Rancho Santa Fe Road
San Marcos, CA 92069


Kim Larsen
10420 Oaklyn Drive
Potomac, MD 20954


Knickerbocker Capital, LLC
c/o Gustav Koven
240 Main Street
Gladstone, NJ 07934


Komag Incorporated
Attn: Jan Schwartz
1710 Automation Pkwy.
San Jose, CA 95131

Legend Power & Profits Group, Ltd.
c/o Mr. Shen Peiling
13 F. No. 285, Chung Hsaio East Road, Se
Taipei Taiwan ROC


Livy Ventures, LLC
140 West 57th Street
New York, NY 10019


Madan Biswal
455 Adelade Glen
Escondido, CA 92026


MAPICS
1000 Windward Concourse
Suite 100
Alpharetta, GA 30005


Marc Weiss
399 Park Avenue
22nd Floor
New York, NY 10022


Mario Dagenais
5301 Dorset Avenue
Chevy Chase, MD 20815


Maureen Evans
2563 Aspen Valley Lane
Sacramento, CA 95835


Michael Decker
6407 West Vein Road
Bowie, MD 20720

Michael Harte
3506 Raintree Lane
Mechanicsburg, PA 17050


Mohler, Nixon, & Williams
635 Campbell Technology Parkway
Suite 100
Campbell, CA 95008


Nancy Dearborn
885 Sharon Court
Palo Alto, CA 94301


Nancy O'Donnell
9932 Kentsdale Drive
Potomac, MD 20854


Nigel Cockroft
15921 Cherry Blossom Lane
Los Gatos, CA 95032


NPA International, Inc.
44 Hungerford Drive
Suite 203
Rockville, MO 20850


OWC Partnership
[Adderss Unknown]


Pacific Gas & Electric Co.
P.O. Box 8329
Stockton, CA 95208

Pacific Technology Advisors, LDC
5F, No. 420, FU-Hsin N. Road
Taipei Taiwan ROC


Pacific Technology Partners, LP
5F, No. 420, FU-Hsin N. Road
Taipei Taiwan ROC


Page Ventures, LLC
Attn: Dave Dollinger
555 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065


Pan Wan Lin
5th Floor No. 36, 47 Alley, 12 Lane,
Yen Chiu Yuang Rd., Section II, Nanking
Taipei Taiwan ROC


Pan Wan Lin
5th Floor No. 36, 47 Alley, 12 Lane
Yen Chiu Yuang Rdl., Section II, Nanking
Taipei Taiwan ROC


Pennwell Corporation
Attn: William Healey
605 Market Street, Suite 1310
San Francisco, CA 94105


Peter Heim
1359 A Street, N.E.
Washington, D.C. 20002-0000


Photronics, Inc.
15 Secor Road
Brookfield, CT 06804

Platinum Pacific Partners LLC
c/o Tung & Co Attn: Derek Tung
20 Corporate Park, Suite 140
Irvine, CA 94606


Ponceludon, BV
Henk Bulthuis
Terwoldseweg 81
7323 RA Apeldoorn The Netherlands


Portofino Communications
1885 Granite Creek Rd.
Santa Cruz, CA 95065


QPI Pool
[address unknown]


Ravishankar Balaji
1064 Moffett Circle
Palo Alto, CA 94303


Raymur P. Walton
3808 Davis Place NW
#301
Washington, D.C. 20007-0000


Richard B. Tompane
1965 Quail Meadow Road
Los Altos, CA 94024


Richard Blanchard
1122 Pennywort Circle
Eldersburg, MD 21784

Riggs Capital Partners
Jonathan Cordish
800 17th Street, N.W.
Washington, D.C. 20006-0000


Senko Advanced
Attn: Chizuko Silver, CPO
225 Cedar Hill Street
Marlborough, MA 01752


Siemens Building
Attn: W. Skinder
1000 Deerfield Parkway
Buffalo Grove, IL 60089


Silicon Valley Bank
Attn: B. Eliafnia
3979 Freedom Circle #600
Santa Clara, CA 95054


Standard Fire Insurance Co.
(St. Paul Travelers)
390 Washington Street
Saint Paul, MN 55102


Stanford University
c/o Pillsbury, Winthrop LLP
50 Fremont Street
San Francisco, CA 94120


Stefan Robert Luthi & Katharina Luthi-Sc
Stradon
CH - 6653 Verscio / TI
 Switzerland


Stewart Leeb Assoc.
1900 Embarcadero Road
Palo Alto, CA 94303

TBCC Funding Trust II
76 Batterson Park Road
Farmington, CT 06032


The Hodson Trust
Hodson Services LLC Eileen Dickey
300 Bellevue Parkway #100
Wilmington, De 19809


Thorlabs, Inc.
Thorlabs Quantum Electronics, Inc.
Route 206 North, Suite 435
Newton, NJ 07860


Travelers Indemnity Co. of Conn
(St. Paul Travelers)
385 Washington Street
Saint Paul, MN 55102


Tse Yen Tang
5th Floor, No. 420
FU-Hsin North Road
Taipei Taiwan ROC


Twin City Fire Liability - The Hartford
2 Park Avenue, 5th Floor
New York, NY 10016


U.S. Army Missle & Space Defense Command
Armed Forces Strategic Command
P.O. Box 1500
Huntsville, AL 35807


Ultrasource Inc.
Attn: Janice Woodbury
22 Clinton Drive
Hollis, NH 03049

US Ventures, LP
Dennis Costello
20 William Street, Suite G40
Wellesley, MA 02481


Varaporn Suwanmethanond
24701 Hwy. 17, Spanish Oaks
Los Gatos, CA 95033


Vertex Capital II, LLC
Matthew Fitzmaurice
150 West Lake Street, Suite 106
Wayzata, MN 55391


Vishal Aragwal
1117 Barbara Street
Redondo Beach, CA 90277


Walter Kaechele
2844 Cairncross Terrace
Silver Spring, MD 20906


Westco Redwood Inc.
Attn: Mona Lollar
947 Broadway
Redwood City, CA 94065


William K. Burns
1212 Priscilla Lane
Alexandria, VA 22308


Worldwide Capital
341 Montford Ave #200
Mill Valley, CA 94941

Yamju Ceramics Co. Ltd.
1123 Sango-Cho
Owariashahi, 488-8666 Japan