| | |
|---|---|
| 1 | MARC J. WINTHROP - State Bar No. 63218<br>mwinthrop@winthropcouchot.com |
| 2 | KAVITA GUPTA - State Bar No. 138505 |
| 3 | kgupta@winthropcouchot.com<br>**WINTHROP COUCHOT** |
| 4 | **PROFESSIONAL CORPORATION**<br>660 Newport Center Drive, Suite 400 |
| 5 | Newport Beach, CA 92660<br>Telephone: (949) 720-4110 |
| 6 | Facsimile: (949) 720-4111 |
| 7 | |
| 8 | [Proposed] General Insolvency Counsel for<br>Debtor and Debtor-in-Possession |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>GC HOLDINGS, INC., a California corporation,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 10-70550<br><br>Chapter 11<br><br>**DEBTOR'S MOTION FOR ORDER VOLUNTARILY DISMISSING CHAPTER 11 CASE**<br><br>[11 U.S.C. §§ 305 and 1112]<br><br>DATE: [To be set]<br>TIME: [To be set]<br>PLACE: Courtroom 215<br>1300 Clay Street<br>Oakland, CA 94612 |

DEBTOR'S MOTION FOR ORDER VOLUNTARILY DISMISSING CHAPTER 11 CASE
MAINDOCS-#157325-v1-GCHoldings_Motion_Dismiss(version2).DOC

Case: 10-70550   Doc# 64   Filed: 01/31/11   Entered: 01/31/11 13:34:37   Page 1 of 7

GC Holdings, Inc., a California corporation, the debtor and debtor-in-possession ("GC Holdings"), hereby moves ("Motion") the Court for an order dismissing its Chapter 11 case pursuant to Sections 305(a) and 1112(b) of the United States Bankruptcy Code (the "Bankruptcy Code").

## RELIEF REQUESTED

GC Holdings is a holding company whose sole assets consist of equity interests in its operating subsidiaries. Accordingly, there is no means by which to develop a plan, and no reason to continue these cases in Chapter 11 or Chapter 7, as the only beneficiaries are the secured creditors.

GC Holdings has negotiated a transaction with its secured creditors to restructure GC Holdings' secured debt, and its subsidiaries have sufficient cash on hand and are willing to pay GC Holdings' undisputed, non-contingent claims in full within 30 days of the entry of an order dismissing this case. Moreover, GC Holdings is unaware of any potential bankruptcy avoidance actions (11 U.S.C. §§544 through 549) that could realize any value for the estate. Therefore, there is no need to either liquidate or reorganize GC Holdings' estate. Accordingly, to require GC Holdings to remain in bankruptcy will not only place a financial drain on the estate, but it will not serve any purpose in this case for which bankruptcy relief was intended. In addition, GC Holdings' bankruptcy case seriously jeopardizes the viability of the Subsidiaries. Because GC Holdings relies on the operations of its Subsidiaries to fund its expenses, the threat to the Subsidiaries' businesses resulting from this case presents a further risk to GC Holdings and, in turn, its creditors. Finally, the Palo Alto Funds and Mr. Kvamme, the largest creditors of the estate, have advised the Debtor that they consent to the dismissal of this case.

Therefore, GC Holdings requests the Court enter an order substantially in the form of Exhibit "1" hereto and dismiss this case.

/ / /

-2-

**DEBTOR'S MOTION FOR ORDER VOLUNTARILY DISMISSING CHAPTER 11 CASE**
MAINDOCS-#157325-v1-GCHoldings_Motion_Dismiss(version2).DOC

Case: 10-70550   Doc# 64   Filed: 01/31/11   Entered: 01/31/11 13:34:37   Page 2 of 7

This Motion is based on the Memorandum of Points and Authorities and the Declaration of Magnus Ryde filed concurrently herewith, and any other evidence properly before this Court may consider prior to or at the time of the hearing.

Dated: January 31, 2011

**WINTHROP COUCHOT
PROFESSIONAL CORPORATION**

By: /s/ Marc J. Winthrop
Marc J. Winthrop
Kavita Gupta
[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

-3-

**DEBTOR'S MOTION FOR ORDER VOLUNTARILY DISMISSING CHAPTER 11 CASE**
MAINDOCS-#157325-v1-GCHoldings_Motion_Dismiss(version2).DOC

Case: 10-70550   Doc# 64   Filed: 01/31/11   Entered: 01/31/11 13:34:37   Page 3 of 7

# EXHIBIT "1"

Case: 10-70550 Doc# 64 Filed: 01/31/11 Entered: 01/31/11 13:34:37 Page 4 of 7

| | |
|---|---|
| 1 | MARC J. WINTHROP - State Bar No. 63218 |
| | mwinthrop@winthropcouchot.com |
| 2 | KAVITA GUPTA - State Bar No. 138505 |
| | kgupta@winthropcouchot.com |
| 3 | **WINTHROP COUCHOT** |
| 4 | **PROFESSIONAL CORPORATION** |
| | 660 Newport Center Drive, Suite 400 |
| 5 | Newport Beach, CA 92660 |
| | Telephone: (949) 720-4110 |
| 6 | Facsimile: (949) 720-4111 |
| 7 | |
| 8 | [Proposed] General Insolvency Counsel for Debtor and Debtor-in-Possession |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| In re: | Case No. 10-70550 |
|---|---|
| GC HOLDINGS, INC., a California corporation, | Chapter 11 |
| | **ORDER VOLUNTARILY DISMISSING CHAPTER 11 CASE** |
| Debtor and Debtor-in-Possession. | |
| | DATE: |
| | TIME: |
| | PLACE: Courtroom 215 |
| | 1300 Clay Street |
| | Oakland, CA 94612 |

ORDER VOLUNTARILY DISMISSING CHAPTER 11 CASE

4

Case: 10-70550  Doc# 64  Filed: 01/31/11  Entered: 01/31/11 15:24:37  Page 5 of 7

This matter coming before the Court on the motion of GC Holdings, Inc., as debtor and debtor in possession ("GC Holdings"), for an order dismissing the above-captioned chapter 11 bankruptcy case of GC Holdings (the "Motion");[1] the Court having reviewed the Motion; the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having determined that notice of the Motion was appropriate under the particular circumstances; the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; the Court having determined that the relief sought in the Motion is in the best interests of GC Holdings, its estate and its creditors; and after due deliberation and sufficient cause appearing therefore,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The above-captioned chapter 11 bankruptcy case of GC Holdings is hereby dismissed.

3. GC Holdings and the Clerk of the Court are authorized to take all actions necessary or appropriate to give effect to this Order.

4. This Order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

**END OF ORDER**

---

[1] Capitalized terms used but not defined herein shall have the meaning assigned to them in the Motion.

-2-

ORDER VOLUNTARILY DISMISSING CHAPTER 11 CASE
MAINDOCS-#157344-v1-GCHoldings_OrderReMtnToDismiss.DOC

# COURT SERVICE LIST

Parties Registered in Electronic Case Filing System

Matthew R. Kretzer, Esq.
Office of the United States Trustee
1301 Clay Street 690N
Oakland, CA 94612

Jennifer Taylor
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Marc J. Winthrop
Winthrop Couchot P.C.
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660
Telephone: (949) 720-4110

Parties Not Registered in Electronic Case Filing System

-3-

**ORDER VOLUNTARILY DISMISSING CHAPTER 11 CASE**