Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: GC Holdings, Inc. | Case No.: 10–70550 EDJ 11 |
| Debtor(s) | Chapter: 11 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 2/15/11 dismissing the above–captioned case.

Dated: 2/16/11

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Doc # 78

The following entities were noticed by first class mail on Feb 18, 2011.

```
db       +GC Holdings, Inc.,   1220 Page Ave.,   Fremont, CA 94538-7342
smg       CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
          Sacramento, CA  94280-0001
smg      +Labor Commissioner,   1515 Clay St.,   Room 801,   Oakland, CA 94612-1463
smg      +State Board of Equalization,   Collection Dept.,   P.O. Box 942879,   Sacramento, CA 94279-0001
rspi     +Magnus Ryde,   1220 Page Avenue,,   Fremont, CA 94538-7342
cr       +Palo Alto Investors, LLC et al.,   470 University Avenue,   Palo Alto, CA 94301-1812
cr       +Sqaure 1 Bank,   406 Blackwell Street,   Suite 240,   Durham, NC 27701-3984
11260948 +Alameda County Assessor's Office,   1221 Oak Street,   Rm 145,   Oakland, CA 94612-4223
11405360 +Anthony Kowalczyk,   6 Wal ton Street,   San Carlos, CA 94070-2013
11405362 +Avansis Ventures, LLC,   Laura Lukaczyk,   12010 Sunset Hills Road, Suite 900,
          Reston, VA 20190-5861
11405370 +BT Investment Partners,   Kristine Cicardo,   130 Liberty Street,   New York, NY 10006-1102
11405364  Bencas Capital,   World Trade Center Amsterdam,   Zuidplein 76,   1077 XV, Amsterdam Netherlands
11405367 +Bradley Thomas,   1410 Second Street,   #302,   Santa Monica, CA 90401-3350
11405368  Bruce and Martha Rhine 2000 Living Trust,   55957 Hushknife Road,   Bend, OR 97707
11304962  Bruno Deboux,   1363 quai Marcel Dassault,   92210 Saint Cloud,   FRANCE
11405369  Bruno Oeboux,   1363 quai Marcel Oassaul t,   92210 Saint Cloud,   FRANCE
11260950  CA-Board of Equalization,   Attn: Collection Unit Mic 29,   PO Box 942879,
          Sacramento, CA 94279-0001
11405373  COIB & Partners Investment Holding Corp.,   6F, #125, Nanking East Road,   Section 5,
          Taipei, 105 Taiwan ROC
11405431 +Case: 10-70550 Doc# 20 Filed: 09/29/10 Entered: 09,   18,   Michael Harte,   3506 Raintree Lane,
          Mechanicsburg, PA 17050-2259
11405372 +Castlewood Expansion Partners, L.P.,   Kristine Cicardo,   130 Liberty Street,
          New York, NY 10006-1102
11405374  Chang Chien Chun,   FI.20-3, No. 187, Shing-Jinn Road,   Taichung Taiwan ROC
11405375  China Development Industrial Bank Inc.,   5F, # 125, Nanking East Road,   Section 5,
          Taipei, 105 Taiwan ROC
11405376 +Christopher W. Lemieux,   Post Office Box 866,   Olney, MD 20830-0866
11405377  Chung-Tsun Kuo,   14 3, Ching-Hsiou East Rd.,   Yuan-Lin Taiwan ROC
11260952  Cipio Partners,   Tom Anthofer,   Ottostrasse I,   Munich, 80333 Germany
11405378 +City of Palo Alto,   Attn: Leon Timmons,   250 Hamilton Ave.,   Palo Alto, CA 94301-2593
11405379 +Colleen Kiviniski,   10430 Oaklyn Drive,   Potomac, MD 20854-3934
11405380 +CommVest LLC,   Attn: Kimberly Coleman,   432 Cherry Street,   West Newton, MA 02465-2029
11404963 +David Dollinger Living Trust,   555 Twin Dolphin Drive, Ste. 600,   Redwood City, CA 94065-2130
11405382 +David Klein,   1975 Alma Street,   Palo Alto, CA 94301-3704
11405383 +David Maring,   7304 Twilight Mesa Drive,   Austin, TX 78737-3526
11405384 +Deltronics Crystal Ind.,   60 Harding Ave.,   Dover, NJ 07801-4710
11405385  Der lin Ma,   SF, 40, Tun Hwa S. Rd.,   Section 2,   Taipei Taiwan ROC
11405386  Digital Value Investment Ltd.,   6F #2 Sec. 1, Dunhua S. Rd.,   Taipei, 105 Taiwan ROC
11304964 +Dow Corning Enterprises, Inc,   Attn: Jim Seitz,   2200 West Salzburg Road,
          Suburn, MI 48611-9517
11405389  Electric Norcal/Bockham,   Binzstraqsse 17,   Zurich, CH-8045 Switzerland
11405390 +Embarcadero Bayshore Investors, LLC,   c/o Matteson Companies,   1 Lagoon Drive, Suite 200,
          Redwood City, CA 94065-5177
11260953  Employment Development Department,   State of California,   Bankruptcy Unit - MIC 92E,
          PO Box 826880,   Sacramento, CA 94280-0001
11405391 +Ernesto C. Aquino and,   Carmeli ta Q. Aquino,   6560 Elk Creek Lane,   Las Vega, CA 89156-3740
11405393 +FEI Company,   5350 NE Dawson Creek Dr.,   Hillsboro, OR 97124-5793
11405394 +Fenwick & West LLP,   Attn: Rich Ranson,   Silicon Valley Center, 801 California St,
          Mountain View, CA 94041-1990
11405396 +Fred Kiger,   1000 Urlin Avenue #1805,   Columbus, OH 43212-3337
11405398 +GATX Ventures,   Attn: Mary Keating,   4 Embarcadero Center,   San Francisco, CA 94111-4106
11405397 +Ganesh Gopalakrishnan,   5320 Goldsboro Road,   Bethesda, MD 20817-6342
11405399 +Gelest Inc.,   11 East Steel Road,   Morrisville, PA 19067-3605
11405400 +Gemfire Corporation,   1220 Page Ave,   Fremont, CA 94538-7342
11405401  Gemfire Europe Ltd,   Starlaw Park, Starlaw Rd,   Livingston, W. Lothian, UK
11405403 +Grosvenor Ventures Partners III LP,   Oak Strawbridge,   1808 I Street, Suite 900,
          Washington, DC 20006-5445
11405404 +Guardsmark, LLC,   Attn: Dale Hastings,   P. O. Box 45,   Memphis, TN 38101-0045
11304966 +Gustav Koven,   240 Main Street,   Gladstone, NJ 07934-2016
11405410 +HRLD Corporation,   Tina Gascoigne,   7160 Riverwood Drive, Suite 150,   Columbia, MD 21046-1294
11260955 +HRLD Limited Partnership,   Tina Gascoigne,   7160 Riverwood Drive, Suite 150,
          Columbia, MD 21046-1294
11405406  Haley Engineering,   Attn: Joe Michael Haley,   1675 Vine Hill Road,   Santa Cruz, CA 95065-9703
11405407 +Haynes Beffel & Wolfeld, LLP,   Attn: Waren Wolfield,   P.O. Box 366,
          Half Moon Bay, CA 94019-0366
11405408 +Heller Financial Leasing, Inc,   500 West Monroe,   Chicago, IL 60661-3679
11405409  Henk Bulthuis,   Distelvinderlaan 35,   7323RK Appeldoorn,   The Netherlands
11405411  Hua-Chih Venture Capital Corporation,   17th-l Floor, 105 Tun Hwa S.,   Section 2,
          Taipei Taiwan ROC
11405413 +Innovative Technology Inc.,   2 New Pasture Road,   Newburyport, MA 01950-4073
11405414  Intelligence Photonics,   Attn: Mark Adam,   200-350 Palladium Drive,   Kanata, ONT K2V lAB
11260957 +Intersouth Partners V, L.P.,   Chris Hegele,   406 Blackwell Street, Suite 200,
          Durham, NC 27701-3984
11304967 +Isis Capital Partners LLC,   Jeffrey Neuchterlein,   201 North Union Street, Ste. 300,
          Alexandria, VA 22314-2650
11405416 +James Jungjohann,   Regency Plaza One, Suite 1230,   4643 South Ulster Street,
          Denver, CO 80237-2853
11405417 +Jim Moorhead,   6406 Western Avenue,   Chevy Chase, MD 20815-3307
11405418 +John Abraham,   8610 Bali Road,   Ellicott City, MD 21043-6002
11260958 +John Kastelic,   715 Flat Shoals Ave, SE,   Atlanta, GA 30316-3807
```

```
11260959   +Joseph F. Jackson,   Roth Doner Jackson, PLC,   8200 Greensboro Drive, Suite 820,
            Mc Lean, VA 22102-4925
11405419   +Ka-Kha Wong,   824 B Rancho Santa Fe Road,   San Marcos, CA 92078-4667
11405420   +Kim Larsen,   10420 Oaklyn Drive,   Potomac, MD 20854-3934
11405421   +Knickerbocker Capital, LLC,   c/o Gustav Koven,   240 Main Street,   Gladstone, NJ 07934-2016
11304968   +Komag Incorporated,   Attn: Jan Schwartz,   1710 Automation Pkwy.,   San Jose, CA 95131-1873
11405423    Legend Power & Profits Group, Ltd.,   clo Mr. Shen Peiling,
            13 F. No. 285, Chung Hsaio East Road, Se,   Taipei Taiwan ROC
11405424   +Livy Ventures, LLC,   140 West 57th Street,   New York, NY 10019-3326
11260960    Loudwater Trust,   Edward Forwood,   Tenter House, 45 Moorfields,   London, EC2Y 9AE UK
11405426   +MAPlCS,   1000 Windward Concourse,   Suite 100,   Alpharetta, GA 30005-2023
11260961   +MD DBED,   Frank Dickson,   401 E Pratt Street, Suite 1760,   Baltimore, MD 21202-3117
11405425   +Madan Biswal,   455 Adelade Glen,   Escondido, CA 92026-1484
11559633   +Magnus Ryde,   39 Winchester Drive,   Atherton, California 94027-4040
11405427   +Marc Weiss,   399 Park Avenue,   22nd Floor,   New York, NY 10022-4873
11405428   +Mario Dagenais,   5301 Dorset Avenue,   Chevy Chase, MD 20815-6629
11405429   +Maureen Evans,   2563 Aspen Valley Lane,   Sacramento, CA 95835-2129
11405430   +Michael Decker,   6407 West Vein Road,   Bowie, MD 20720-4646
11260962   +Micro Cap Partners, L.P.,   c/o Palo Alto Investors,   470 University Avenue,
            Palo Alto, CA 94301-1812
11405432   +Mohler, Nixon, & Williams,   635 Campbell Technology Parkway,   Suite 100,
            Campbell, CA 95008-5075
11304969   +Mohler, Nixon, & Williams,   635 Campbell Technology Prkwy.,   Suite 100,
            Campbell, CA 95008-5075
11405436    NPA International, Inc.,   44 Hungerford Drive,   Suite 203,   Rockville, MO 20850
11405433   +Nancy Dearborn,   885 Sharon Court,   Palo Alto, CA 94301-3058
11405434   +Nancy O'Donnell,   9932 Kentsdale Drive,   Potomac, MD 20854-4431
11405438   ++PACIFIC GAS & ELECTRIC COMPANY,   PO BOX 8329,   STOCKTON CA 95208-0329
           (address filed with court: Pacific Gas & Electric Co.,   P.O. Box 8329,   Stockton, CA 95208)
11405439    Pacific Technology Advisors, LDC,   5F, No. 420, FU-Hsin N. Road,   Taipei Taiwan ROC
11405440    Pacific Technology Partners, LP,   5F, No. 420, FU-Hsin N. Road,   Taipei Taiwan ROC
11304970   +Page Ventures, LLC,   Attn: Dave Dollinger,   555 Twin Dolphin Drive, Ste. 600,
            Redwood City, CA 94065-2130
11260963   +Palo Alto Fund II, LP,   c/o Palo Alto Investors,   470 University Avenue,
            Palo Alto, CA 94301-1812
11260964   +Palo Alto Small Cap Master Fund, L.P.,   c/o Palo Alto Investors,   470 University Avenue,
            Palo Alto, CA 94301-1812
11260965   +Palo Alto Tech Master Fund, L.P.,   c/o Palo Alto Investors,   470 University Avenue,
            Palo Alto, CA 94301-1812
11405443    Pan Wan Lin,   5th Floor No. 36, 47 Alley, 12 Lane,   Yen Chiu Yuang Rdl., Section I I, Nankin,
            Taipei Taiwan ROC
11405442    Pan Wan Lin,   5th Floor No. 36, 47 Alley, 12 Lane,,   Yen Chiu Yuang Rd., Section I I, Nanking,
            Taipei Taiwan ROC
11260966   +Paul S. Scrivano, Esq.,   O'Melveny & Myers LLP,   Times Square Tower,   7 Times Square,
            New York, NY 10036-6524
11405444   +Pennwell Corporation,   Attn: William Healey,   605 Market Street, Suite 1310,
            San Francisco, CA 94105-3215
11405445   +Peter Heim,   1359 A Street, N. E.,   Washington, DC 20002-8439
11405446   +Photronics, Inc.,   15 Secor Road,   Brookfield, CT 06804-3937
11405447   +Platinum Pacific Partners LLC,   c/o Tung & Co Attn: Derek Tung,   20 Corporate Park, Suite 140,
            Irvine, CA 92606-5183
11260967    Platinum Pacific Partners, LLC,   c/o Derek Tung,   38 Corporate Park,   Irvine, CA 92606-5105
11304971   +Ponceludon, BV,   Henk Bulthuis,   Terwoldseweg 81,   7323 RA Apeldoorn The,   Netherlands
11405448    Ponceludon, BV,   Henk Bul thuis,   Terwoldseweg 81,   7323 RA Apeldoorn The Netherlands
11405449   +Portofino Communications,   1885 Granite Creek Rd.,   Santa Cruz, CA 95065-9713
11405451   +Ravishankar Balaji,   1064 Moffett Circle,   Palo Alto, CA 94303-3837
11405452   +Raymur P. Walton,   3808 Davis Place NW,   #301,   Washington, D.C 20007-1324
11405453   +Richard B. Tornpane,   1965 Quail Meadow Road,   Los Altos, CA 94024-6624
11405454   +Richard Blanchard,   1122 Pennywort Circle,   Eldersburg, MD 21784-6157
11405455   +Riggs Capital Partners,   Jonathan Cordish,   800 17th Street, N.W.,   Washington, D.C 20006-3906
11405456   +Senko Advanced,   Attn: Chizuko Silver, CPO,   225 Cedar Hill Street,
            Marlborough, MA 01752-5900
11405457   +Siemens Building,   Attn: W. Skinder,   1000 Deerfield Parkway,   Buffalo Grove, IL 60089-4513
11405458   +Silicon Valley Bank,   Attn: B. Eliafnia,   3979 Freedom Circle # 600,
            Santa Clara, CA 95054-1247
11260968   +Square One Bank,   Attn: Mark Ploski,   406 Blackwell Street,   Suite 240,
            Durham, NC 27701-3984
11405459    Standard Fire Insurance Co.,   (St. Paul Travelers),   390 Washington Street,
            Saint Paul, MN 55102
11405460   +Stanford University,   c/o Pillsbury, Winthrop LLP,   50 Fremont Street,
            San Francisco, CA 94105-2230
11405461    Stefan Robert Luthi & Katharina Luthi-Sc,   Stradon,   CH - 6653 Verscio / TI,   Switzerland
11405462   +Stewart Leeb Assoc.,   1900 Embarcadero Road,   Palo Alto, CA 94303-3327
11260969   +Suzanne Uhland, Esq.,   O'Melveny & Myers LLP,   Two Embarcadero Center, 28th Floor,
            San Francisco, CA 94111-3903
11405463   +TBCC Funding Trust II,   76 Batterson Park Road,   Farmington, CT 06032-2571
11405464   +The Hodson Trust,   Hodson Services LLC Eileen Dickey,   300 Bellevue Parkway # 100,
            Wilmington, De 19809-3718
11304972    Thorlabs, Inc.,   Thorlabs Quantum,   Electronics, Inc.,   Route 206 North, Suite 435,
            Newton, NJ 07860
11405466   +Travelers Indemnity Co. of Conn,   (St. Paul Travelers),   385 Washington Street,
            Saint Paul, MN 55102-1309
11405467   +Tse Yen Tang,   5th Floor, No. 420,   FU-Hsin North Road,   Taipei Taiwan ROC
11405468   +Twin City Fire Liability - The Hartford,   2 Park Avenue, 5th Floor,   New York, NY 10016-5602
```

```
11405469   +U.S. Army Missle & Space Defense Command,   Armed Forces Strategic Command,   P.O. Box 1500,
             Huntsville, AL 35807-3801
11405471   +US Ventures, LP,   Dennis Costello,   20 William Street, Suite G40,   Wellesley, MA 02481-4106
11260972   +US-Attorney General,   Dept. of Justice Tax Div,   Main Justice Building,
             10th St. & Constitution Ave. NW,   Washington, DC 20530-0001
11260973    US-Department of Justice,   950 Pennsylvania Avenue NW,   Washington, DC 20530-0001
11260974   +US-Dept. of Justice,   Attorney General Civil,   Trial Section - Western Region,
             P.O. Box 683 Ben Franklin Station,   Washington, DC 20044-0683
11260970    Uberior Equity Limited,   Stephen Green,   New Uberior House, 11 Grey Street,
             Edinburgh, EH3 9BN UK
11405470   +Ultrasource Inc.,   Attn: Janice Woodbury,   22 Clinton Drive,   Hollis, NH 03049-6595
11260971   +United States Attorney,   Civil Division,   450 Golden Gate Avenue,
             San Francisco, CA 94102-3661
11405472    Varaporn Suwanmethanond,   24701 Hwy. 17, Spanish Oaks,   Los Gatos, CA 95033
11405473   +Vertex Capital II, LLC,   Matthew Fitzmaurice,   150 West Lake Street, Suite 106,
             Wayzata, MN 55391-4128
11405474   +Vishal Aragwal,   1117 Barbara Street,   Redondo Beach, CA 90277-4543
11405475   +Walter Kaechele,   2844 Cairncross Terrace,   Silver Spring, MD 20906-1809
11405476   +Westco Redwood Inc.,   Attn: Mona Lollar,   947 Broadway,   Redwood City, CA 94063-3106
11405477   +William K. Burns,   1212 Priscilla Lane,   Alexandria, VA 22308-2523
11405478   +Worldwide Capital,   341 Montford Ave #200,   Mill Valley, CA 94941-3314
11405479   +Yamju Ceramics Co. Ltd.,   1123 Sango-Cho,   Owariashahi, 488-8666 Japan
11405392    eSunsino Venture Co., Ltd.,   6F-2 , No. 248, Nanking East Rd,   Sec. 3,
             Taipei, 10595 Taiwan ROC
11405412   +iN3 Partners,   3925 Sussex Drive,   Nashville, TN 37207-1634

The following entities were noticed by electronic transmission on Feb 17, 2011.
smg           EDI: EDD.COM Feb 16 2011 23:03:00   CA Employment Development Dept.,   Bankruptcy Group MIC 92E,
                P.O. Box 826880,   Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Feb 16 2011 22:58:00   CA Franchise Tax Board,
                Special Procedures Bankruptcy Unit,   P.O. Box 2952,   Sacramento, CA 95812-2952
smg           EDI: IRS.COM Feb 16 2011 23:03:00   IRS,   P.O. Box 7346,   Philadelphia, PA 19101-7346
11260951      EDI: CALTAX.COM Feb 16 2011 22:58:00   CA-Franchise Tax Board,   Bankruptcy Unit MS G-11,
                PO Box 2952,   Sacramento, CA 95812-2952
11260953      EDI: EDD.COM Feb 16 2011 23:03:00   Employment Development Department,   State of California,
                Bankruptcy Unit - MIC 92E,   PO Box 826880,   Sacramento, CA 94280-0001
11260954      EDI: CALTAX.COM Feb 16 2011 22:58:00   Franchise Tax Board,   Bankruptcy Unit,   PO Box 2952,
                Sacramento, CA 95812-2952
11260975      EDI: IRS.COM Feb 16 2011 23:03:00   US-IRS,   PO Box 21126,   Stop N781,
                Philadelphia, PA 19114
11260956      EDI: IRS.COM Feb 16 2011 23:03:00   Internal Revenue Service,   Special Procedures Section,
                1301 Clay Street, Stop 1400S,   Oakland, CA 94612-5210
                                                                                    TOTAL: 8


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11260949    Angela Stokes,   PALLIER-LEMAITRE-VIGNERON-BARDOUL ET AL,   Cabinet d'Avocats, 26 Ter,
             BD GUIST'HAU - BP 22026 - 44020,   NANTES, CEDEX 1
11405363   +Bank of America,   [Address Unknown]
11405371   +Carroll Sherman,   [Address Unknown]
11405437   +OWC Partnership,   [Address Unknown]
11405450    QPI Pool,   [address unknown]
11405361*  +Avanex Corporation,   Attn: Mark Weinswig,   40919 Encyclopedia Circle,   Fremont, CA 94538-2436
11405381*  +David Dollinger Living Trust,   555 Twin Dolphin Drive, Suite 600,   Redwood City, CA 94065-2130
11405387*  +Dow Corning Enterprises, Inc,   Attn: Jim Seitz,   2200 West Salzburg Road,
             Suburn, MI 48611-9517
11405503*  +Frank Bonsal,   1119 St. Paul Street,   Baltimore, MD 21202-2601
11405405*  +Gustav Koven,   240 Main Street,   Gladstone, NJ 07934-2016
11405415*  +Isis Capital Partners LLC,   Jeffrey Neuchterlein,   201 North Union Street, Suite 300,
             Alexandria, VA 22314-2650
11405422*  +Komag Incorporated,   Attn: Jan Schwartz,   1710 Automation Pkwy.,   San Jose, CA 95131-1873
11405441*  +Page Ventures, LLC,   Attn: Dave Dollinger,   555 Twin Dolphin Drive, Suite 600,
             Redwood City, CA 94065-2130
11405465*  +Thorlabs, Inc.,   Thorlabs Quantum Electronics, Inc.,   Route 206 North, Suite 435,
             Newton, NJ 07860
11304961   ##+Avanex Corporation,   Attn: Mark Weinswig,   40919 Encyclopedia Circle,   Fremont, CA 94538-2436
11405365   ##+Boulder Ventures III, LP,   Andy Jones,   4750 Owings Mills Boulevard,
             Owings Mills, MD 21117-4904
11405366   ##+Boulder Ventures IV (Annex), LP,   Andy Jones,   4750 Owings Mills Boulevard,
             Owings Mills, MD 21117-4904
11405388   ##+Draper Atlantic,   Mel K. Davidson,   11600 Sunrise Valley Drive, Suite 420,
             Reston, VA 20191-1417
11405395   ##+Frank BonsaI,   1119 St. Paul Street,   Baltimore, MD 21202-2601
11304965   ##+Frank Bonsal,   1119 St. Paul Street,   Baltimore, MD 21202-2601
11405402   ##+Grosvenor Select LP,   Oak Strawbridge,   1808 I Street, Suite 900,   Washington, DC 20006-5445
11405435   ##+Nigel Cockroft,   15921 Cherry Blossom Lane,   Los Gatos, CA 95032-3550
                                                                          TOTALS: 5, * 9, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2011**                          **Signature:**      _Joseph Speetjens_